## Commonwealth *v.* Kibler, Appellant.

Argued November 17, 1972. *Byrd R. Brown*, for appellant; *J. Kent Culley*, Assistant District Attor-

ney, with him *Robert L. Eberhardt,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, J., absent.